# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 24-MJ-150 (MAU)** |
| : | |
| **BENJAMIN BOWDEN** : | |
| **Defendant.** : | |
| : | |

## MOTION TO UNSEAL

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to unseal the above-captioned matter and any filed documents including the Affidavit in Support of Criminal Complaint, Criminal Complaint, and Arrest Warrant, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and any Order granting this motion.

Undersigned counsel for the government has conferred with counsel for the defendant. In anticipation of an initial appearance in the defendant's local jurisdiction, the government seeks to unseal this case to make these documents available to the local court. The concerns the government expressed in its previously filed Motion to Seal, including spoilation of evidence and locating the defendant, are now moot.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court unseal this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

1

By:    */s/ Eric Boylan*
       Eric Boylan
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       Phone: (202) 815-8608