**Leave to File GRANTED as Motion to Withdraw**

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Received: 5/28/2024
Sent to Chambers: 6/7/2024

TO: **Judge** Mag Judge Zia M. Faruqui

RE: Criminal Action No.: 24-mj-150, USA v. Benjamin Bowden

Please indicate on the face of **each document** whether leave to file is granted or denied.

Thank you

ANGELA D. CAESAR, Clerk of Court

By: Nancy Jackson

Attachment(s): Motion to Withdraw from Defense Counsel

CO-930A
(Rev. 9/2011)

## DAVID W. BATE
ATTORNEY AT LAW

15 Columbia Street, Suite 301
Bangor, Maine 04401

(207) 945-3233     Fax: (207) 433-7169
Email: davidbatelaw@gmail.com

Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

May 24, 2024

    Re: United States v. Bowden, 1:24-mj-00150-MAU-1

Dear Clerk's Office:

    Enclosed for filing in the above-captioned action please find my Motion to Withdraw. I could not file this electronically because I am not admitted to practice before your Court.

    Thank you for your attention to this matter.

Sincerely,

David W. Bate

RECEIVED
Mail Room

MAY 28 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　Plaintiff,　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　 )　　No. 1;24-MJ-00150-MAU-1<br>　　　　　　　　　　　　　　　 )<br>BENJAMIN BOWDEN,　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　Defendant.　　　　　　　 ) | |

## COUNSEL'S MOTION TO WITHDRAW

NOW COMES David W. Bate, counsel for Defendant, Benjamin Bowden, and moves to withdraw from representation in the above matter on grounds that counsel is not admitted to practice before the District for the District of Columbia and the cost and time required for admission *pro hac vice* is excessive for a single representation.

Counsel has discussed this with Mr. Bowden who consents to counsel's withdrawal and requests that the Court appoint counsel admitted to practice before your Court.

Dated in Bangor, Maine this 24th day of May, 2024.

_____
Attorney for Defendant
Fed. Bar No. 2096
15 Columbia Street, Suite 301
Bangor, Maine 04401
(207) 945-3233
davidbatelaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, I emailed a copy of this Motion to the following:

    AUSA Eric Boylan, Esq.

                                    /s/
                               Attorney for Defendant
                               Fed. Bar No. 2096
                               15 Columbia Street, Suite 301
                               Bangor, Maine 04401
                               (207) 945-3233
                               davidbatelaw@gmail.com